# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### VALDOSTA DIVISION

COURTNEY HOLLEY,           :
                                :

      Plaintiff,             :
                                :

v.                            :     CASE NO.:  7:25-CV-00041 (WLS)
                                :

COOK COUNTY SCHOOL     :
DISTRICT, *et al.*,           :
                                :

      Defendants.         :

## ORDER

Previously, Plaintiff filed a Motion for Extension of Time to Respond to Defendants' Motions to Dismiss (Doc. 11), which the Court granted on July 7, 2025. (*See* Doc. 12.) Instead of filing a response to the Defendants' pending motions (Docs. 9 & 10), Plaintiff filed an Amended Complaint (Doc. 13) on July 28, 2025, more than twenty-one days after Defendants' motions were filed. *See* Fed. R. Civ. P. 15(a)(1) & 15(a)(1)(B) ("A party may amend its pleading once as a matter of course no later than . . . 21 days after service of a motion under Rule 12(b)[.]").

Under Rule 15(a)(2), after the period in which a pleading may be amended as a matter of course has passed, as is the case here, a Party may amend a pleading only by leave of the Court or with the consent of the opposing party. Fed. R. Civ. P. 15(a)(2). A court "should freely give leave when justice so requires." *Id.* Because leave to amend is to be given freely, the Court construes Plaintiff's amendment as a motion to amend and finds that leave to amend is appropriate here.[1] Accordingly, the Motion is **GRANTED**, Plaintiff may amend her complaint.

Because Plaintiff has amended her complaint, as authorized by the Court, Defendants' first two Motions to Dismiss (Docs. 9 & 10) are **DENIED**, without prejudice, as moot. *See,*

---

[1] A review of the Docket shows that Defendants filed new motions to dismiss in response to Plaintiff's Amended Complaint. (*See* Docs. 14 & 15.) In light of this, granting Plaintiff leave to amend will not result in any prejudice to Defendants.

*e.g.*, *Dresdner Bank AG v. M/V Olympia Voyager*, 463 F.3d 1210, 1215 (11th Cir. 2006) (holding that an amended complaint supersedes the previous pleading).

**SO ORDERED**, this 14th day of August 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**