IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| COURTNEY HOLLEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:25-CV-00041 (WLS) |
| | : | |
| COOK COUNTY SCHOOL DISTRICT, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

Plaintiff filed a second amended complaint with the consent of Defendants. (Doc. 24). Under Rule 15(a)(2), after the period in which a pleading may be amended as a matter of course has passed, as is the case here, a Party may amend a pleading only by leave of the Court or with the consent of the opposing party. Fed. R. Civ. P. 15(a)(2). Because the opposing parties consent, the Motion is **GRANTED**. Plaintiff may amend her complaint.

Because Plaintiff has amended her complaint, as authorized by the Court, Defendants' previous two Motions to Dismiss (Docs. 14 & 15) are **DENIED**, without prejudice, as moot. *See, e.g., Dresdner Bank AG v. M/V Olympia Voyager*, 463 F.3d 1210, 1215 (11th Cir. 2006) (holding that an amended complaint supersedes the previous pleading).

**SO ORDERED**, this 13th day of January 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**