**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| COURTNEY HOLLEY, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.: 7:25-CV-00041-WLS |
| COOK COUNTY SCHOOL DISTRICT, *et al.*, | : | |
| Defendants. | : | |

**ORDER**

On September 24, 2026, Defendants emailed the Courtroom Deputy to request a telephone conference with the Court to resolve a discovery issue. The Court issues this Order to clarify its discovery telephone conference procedure.

In their email to the Courtroom Deputy, Defendants state that they have served written discovery on Plaintiff, who has provided no responses despite receiving an extension. Defense counsel submits that they have twice emailed Plaintiff's counsel to ask when their responses might be forthcoming but have received no response. In an attempt to resolve the issue, Defense counsel emailed the Courtroom Deputy to request a telephone conference with the Court. But this is not an issue the Court can resolve by conference.

The Courtroom Deputy will schedule a telephone conference only in response to the parties' joint request. The Court affords the parties the opportunity to request an informal telephone conference to avoid the time and expense of formal motion practice when they need the Court to resolve a discreet legal issue. One party's failure to produce documents altogether is not an issue that the Court can resolve by conference. If Defendants seek an order compelling production or responses, they must do so by motion, consistent with the discovery order. (Doc. 33.)

**SO ORDERED**, this 28th day of September, 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**